UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs

Case No: 19-6407-SNOW
ND/TX # 3:19-MJ-604-BN

JOSE ANIBAL LINARES
    Defendant.

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT from the Northern District of Texas.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the COMPLAINT be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of August, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record