# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOSE ANIBAL LINARES (J)#   CASE NO: 19-6407-SNOW

AUSA: Duty: Jodi Anton  *present*   ATTY: _____ (If applicable-appeals colloquy)

AGENT: _____   VIOL: REMOVAL: ND/TX 18:1341, 1343

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: FPD: Tim Day

BOND SET @: _____   To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

***SPANISH INTERPRETER ORDERED**

Govt motions to unseal.
Granted.
Order to unseal is signed.
d-advised of charges
d-sworn for Counsel
d-found indigent.
FPD appointed.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING: 9-3-19   11:00am   Snow
PRELIM/ARRAIGN. OR REMOVAL: 9-3-19   11:00am   Snow

CHECK IF APPLICABLE ___: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 8-26-19   TIME: 1:00pm   DAR: 13:09:30   PAGE: 3

12 min