UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.19-06407-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE ANIBAL LINARES,

    Defendant.
    _____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   *s/ Timothy Day*
    Assistant Federal Public Defender
    Florida Bar No. 360325
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301
    Tel: 954-356-7436
    E-Mail: Timothy_Day@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 26, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       By: s/ ***Timothy Day*, AFPD**
                                                           Timothy Day